United States District Court
Southern District of Texas
**ENTERED**
May 09, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLIE CAVIEL, MICHAEL THARP, and ROCKY KANE, individually and on behalf of all others similarly situated, <br> Plaintiffs, <br><br> v. <br><br> BURROW GLOBAL SERVICES, LLC and BURROW GLOBAL, LLC, <br> Defendants. | § § § § § § § § § § § | CIVIL ACTION NO. 4:18-cv-2327 |

## ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the parties' Stipulation of Dismissal with Prejudice, the above-captioned action is hereby dismissed with prejudice effective July 18, 2019.

Signed at Houston, Texas, on ___May 9, 2019___.

_____
Vanessa Gilmore
United States District Judge